Malcolm v. Holder

BIA
A040 089 328

# UNITED STATES COURT OF APPEALS
# FOR THE SECOND CIRCUIT

## <u>SUMMARY ORDER</u>

RULINGS BY SUMMARY ORDER DO NOT HAVE PRECEDENTIAL EFFECT. CITATION TO A SUMMARY ORDER FILED ON OR AFTER JANUARY 1, 2007, IS PERMITTED AND IS GOVERNED BY FEDERAL RULE OF APPELLATE PROCEDURE 32.1 AND THIS COURT'S LOCAL RULE 32.1.1. WHEN CITING A SUMMARY ORDER IN A DOCUMENT FILED WITH THIS COURT, A PARTY MUST CITE EITHER THE FEDERAL APPENDIX OR AN ELECTRONIC DATABASE (WITH THE NOTATION "SUMMARY ORDER"). A PARTY CITING A SUMMARY ORDER MUST SERVE A COPY OF IT ON ANY PARTY NOT REPRESENTED BY COUNSEL.

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, in the City of New York, on the 20th day of September, two thousand twelve.

PRESENT:
> JOSÉ A. CABRANES,
> PETER W. HALL,
> SUSAN L. CARNEY,
> > *Circuit Judges.*

_____

CARL ANTHONY MALCOLM,
> *Petitioner,*

v.                                                    11-3861

                                                      NAC

ERIC H. HOLDER, JR., UNITED STATES
ATTORNEY GENERAL,
> *Respondent.*

_____

FOR PETITIONER:        Barbara Dominique, The Dominique
                       Group, New York, NY.

FOR RESPONDENT:        Stuart F. Delery, Acting Assistant
                       Attorney General; Linda S. Wernery,
                       Assistant Director; William C.
                       Minick, Trial Attorney, Office of
                       Immigration Litigation, Civil
                       Division, United States Department
                       of Justice, Washington, D.C.

UPON DUE CONSIDERATION of this petition for review of a Board of Immigration Appeals ("BIA") decision, it is hereby ORDERED, ADJUDGED, AND DECREED that the petition for review is DENIED.

Carl Anthony Malcolm, a native and citizen of Jamaica, seeks review of a September 6, 2011, order of the BIA denying his motion to reopen his removal proceedings. *In re Carl Anthony Malcolm*, No. A040 089 328 (B.I.A. Sep. 6, 2011). We assume the parties' familiarity with the underlying facts and procedural history of the case.

We review the BIA's denial of a motion to reopen for abuse of discretion. *See Ali v. Gonzales*, 448 F.3d 515, 517 (2d Cir. 2006) (per curiam). In this case, the BIA did not abuse its discretion in denying Malcolm's motion.

An alien raising a claim of ineffective assistance of counsel must substantially comply with the procedures for raising such claims set forth in *Matter of Lozada*, 19 I. & N. Dec. 637 (BIA 1988). *See Jian Yun Zheng v. U.S. Dep't of Justice*, 409 F.3d 43, 46 (2d Cir. 2005). The BIA reasonably concluded that Malcolm did not demonstrate that he notified his former attorney of his allegations against her as required by *Lozada*, because he did not submit any evidence of such notification.

Additionally, the record supports the BIA's conclusion that Malcolm failed to demonstrate that he was prejudiced by his former attorney's alleged ineffective assistance. *See Cekic v. INS*, 435 F.3d 167, 171 (2d Cir. 2006). Malcolm argues that his attorney should not have conceded before the Immigration Judge ("IJ") that he was convicted under *subsection (1)* of NY PENAL LAW § 120.00. But the BIA reasonably concluded that Malcolm was not prejudiced by his attorney's concession, because the record of conviction submitted by the government in front of the IJ established that Malcolm's conviction was under that subsection. Similarly, the BIA reasonably concluded that Malcolm failed to demonstrate that he was prejudiced by his former attorney's failure to apply for relief under the Convention Against Torture ("CAT"), as Malcolm's motion to reopen did not establish that he was eligible for CAT relief, because he did not show that any harm he might face from gang violence in Jamaica would occur with the consent or acquiescence of that country's authorities. *See Khouzam v. Ashcroft*, 361 F.3d 161, 168-71 (2d Cir. 2004).

For the foregoing reasons, the petition for review is DENIED. Any pending request for oral argument in this

3

petition is DENIED in accordance with Federal Rule of Appellate Procedure 34(a)(2), and Second Circuit Local Rule 34.1(b).

FOR THE COURT:
Catherine O'Hagan Wolfe, Clerk